# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVE G. PATSOUREAS,** | : | CIVIL ACTION NO. 1:17-CV-555 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CHOICE HOTELS INTERNATIONAL, COMFORT SUITES, and SNK HOTELS, INC.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 9th day of August, 2017, upon consideration of the motion (Doc. 8) to dismiss filed by defendant SNK Hotels, Inc., and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 8) to dismiss is GRANTED.

2. SNK Hotels, Inc. is DISMISSED as a defendant in the above-captioned action.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania